costs. upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Probate of the Alleged Last Will and Testament of LOVE FIDELE SEYMOUR, Deceased.— Application for stay pending appeal denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

AXEL OLSON, Respondent, v. NICHOLAS VESSA, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs on appeal by December fifteenth and shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

DANIEL PANTALONE, Respondent, v. THE NATIONAL CASUALTY COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs on appeal by December twentieth and shall be ready for argument at the open'ng of the January term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

## FIRST DEPARTMENT, DECEMBER, 1924.

JAMES C. DAYTON, as Executor and as Ancillary Executor, etc., of KATE McCALLUM PAGE, Deceased, Appellant, v. GRACE G. FARMER, Respondent.

Appeal from a judgment of the Supreme Court in favor of the defendant, entered in the New York county clerk's office February 7, 1924, upon the decision of the court dismissing the complaint after a trial at Special Term.

PER CURIAM: The judgment appealed from should be affirmed, with costs to the respondent. The findings of fact as proposed by the plaintiff contained in "plaintiff's requests to find" and numbered 9, 13 and 24, which under the interpretation given them by the plaintiff upon this appeal are inconsistent with the decision and findings signed by the learned trial justice, are, therefore, reversed as not justified by the evidence. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ. Judgment affirmed, with costs.

JOHN KOHLER, Respondent, v. THIRD AVENUE RAILWAY COMPANY and Others, Appellants.— Motion dismissed, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILTON J. ROSS, Respondent, v. MOTH PROOF PRODUCTS CORPORATION and Others, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY FEINGOLD, Respondent, v. WALWORTH BROS., INC., and Others, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY-94TH ST. REALTY Co., INC., and Another, Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, etc., Appellants.— Preference granted for December 9, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRISON AMUSEMENT CO., INC., Appellant, v. HARRY MACKLER, as President, etc., and Others, Respondents.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK,